JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.H. ROBINSON WORLDWIDE, INC. d/b/a ROBINSON FRESH, <br><br> Plaintiff, <br><br> vs. <br><br> GLOBAL FRESH, INC. <br> and <br> GUILLERMO ALVARADO, <br><br> Defendant. | Case No.: CV 15-7082 DSF (AJWx) <br><br> JUDGMENT |

The Court having granted Plaintiff C.H. Robinson Worldwide, Inc.'s motion for default judgment, IT IS ORDERED AND ADJUDGED that Defendants Global Fresh, Inc. and Guillermo Alvarado pay Plaintiff the following sums:

(1) $96,805 for amounts owed on unpaid invoices;

(2) $28,286.53 in accrued interest on unpaid invoices; and

(3) $8246.76 for attorneys' fees and costs.

1       The Court sets post-judgment interest, pursuant to 28 U.S.C. § 1961, at 0.54
2 %.

5   Dated:  4/27/16                                        _____
6                                                             Dale S. Fischer
                                                         United States District Judge